**Carl R. Rodrigues,** OSB No. 824569
E-mail: mlehner@lrlawnw.com
**Jennifer L. Maks,** OSB No. 105601
E-mail: jmaks@lrlawnw.com
**LEHNER & RODRIGUES, PC**
1500 SW First Avenue, Suite 900
Portland, Oregon 97201
Telephone: (503) 226-2225
Facsimile: (503) 226-2418
    Of Attorneys for Defendant Oregon Mutual Insurance Company

UNITED STATES JUDICIAL PANEL

on

MULTIDISTRICT LITIGATION

| | |
|---|---|
| Leif's Auto Collision Centers, LLC ) | |
| ) | Oregon Case No. 3:14-cv-01777-BR |
| Plaintiff, ) | |
| v. ) | MDL No. 2557 |
| ) | |
| State Farm Mutual Automobile Insurance ) | **DEFENDANT OREGON MUTUAL** |
| Company of Oregon, et. al, ) | **INSURANCE COMPANY'S MOTION** |
| ) | **TO REINSTATE CONDITION** |
| Defendants. ) | **TRANSFER ORDER** |
| ) | |

**Motion**

Defendant Oregon Mutual Insurance Company ("Oregon Mutual") moves to reinstate the

Conditional Transfer Order ("CTO") to as to allow Oregon Mutual to submit its objection to

transfer pursuant to MDL Rule 7.1(c).

///

///

Page 1 - **DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO REINSTATE CONDITION TRANSFER ORDER**

**Argument**

*I. Oregon Mutual Failed To Receive Notice Of The CTO As Required By MDL Rule 7.2*

MDL Rule 7.2(b) provides: "[t]he failure of the Clerk of the Panel to serve a CTO on all plaintiffs or defendants or their counsel may constitute grounds for the Clerk to reinstate the CTO or for the aggrieved party to seek § 1407(c) remand." Defense counsel has confirmed with Oregon Mutual that it did not receive a copy of the CTO. *See Declaration of Jennifer L. Maks*. Had a copy been received by Oregon Mutual, defense counsel would have appeared and objected to the transfer. Under MDL Rule 7.2(b) the CTO should be reinstated because neither Oregon Mutual nor its counsel were served with a copy of the CTO.

*II. Plaintiff's Counsel Failed To Provide Notice Of The Pending Transfer To Defense Counsel*

This action was filed by plaintiff on November 7, 2014. On November 18th, 2014, this office notified plaintiff's counsel that it would be representing Oregon Mutual and requested an extension on filing an Answer due to the complexity of the issues presented in the Complaint. *See Declaration of Jennifer L. Maks*. As of that date, plaintiff's counsel knew that Oregon Mutual had counsel. On November 26, 2014, defense counsel called plaintiff's counsel and left a message, requesting a phone call back to discuss the potential MDL transfer defense counsel learned could happen in the future. *See Declaration of Jennifer L. Maks*. Having received no response back, defense counsel again called each of plaintiff's attorneys on December 1, 2014, requesting a call back to discuss the status of any events related to the action being transferred into an MDL. *See Declaration of Jennifer L. Maks*. Defense counsel never received a call back. *See Declaration of Jennifer L. Maks*.

In response to an e-mail sent to plaintiff's counsel on December 2, 2014 requesting a

Page 2  - **DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO REINSTATE CONDITION TRANSFER ORDER**
LEHNER & RODRIGUES, P.C.
Attorneys at Law
1500 SW First Avenue, Suite 900
Portland, Oregon  97201
Telephone (503) 226-2225; Fax (503) 226-2418

phone call back, plaintiff's counsel responded that the transfer to the MDL was complete. *See Declaration of Jennifer L. Maks*. Plaintiff knew, as of November 18, that Oregon Mutual had counsel for this action. Despite this, and multiple phone calls regarding this case and whether plaintiff's counsel was going to seek a transfer into an MDL, plaintiff never provided notice of the entry of the CTO until the stay to allow for objections had already been lifted, thus depriving Oregon Mutual of its ability to oppose the transfer.

Oregon Mutual opposes the MDL transfer and had notice been provided to counsel in response to one of the multiple communications to plaintiff's counsel, an objection would have been filed.[1] Oregon Mutual is prejudiced by plaintiff's counsel's failure to provide notice of the pending CTO and it should be reinstated so as to permit Oregon Mutual to timely file its objection.

DATED  December 8, 2014

LEHNER & RODRIGUES, P.C.

_____
Jennifer L. Maks, OSB No. 105601
Carl R. Rodrigues, OSB No. 824569
Of Attorneys for Defendant Oregon Mutual

---

[1]Because this is a Motion To Reinstate The Conditional Transfer Order to permit the filing of Oregon Mutual's objection, Oregon Mutual does not discuss in detail the basis of its objection. In short, Oregon Mutual is a small, regional insurer, that is not involved in any of the other actions in the MDL. Transfer into the MDL would greatly increase the time and expense involved in defending this action - particularly as much of the conduct complained of by plaintiff, such as actions related to a preferred list, has never involved Oregon Mutual.

Page 3  - **DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO REINSTATE CONDITION TRANSFER ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO REINSTATE CONDITION TRANSFER ORDER** on the following by e-service, addressed to:

Steven D. Olson
Paul W. Conable
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204-2099
*Of Attorneys for Plaintiff*

Tanya Durkee Urbach
Lane Powell, PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204-3158
*Of Attorneys for Defendant State Farm Mutual Automobile Insurance Company of Oregon*

John W. Phillips
The Phillips Law Group
315 Fifth Ave, South
Suite 1000
Seattle, WA 98104
*Of Attorneys for Defendant Pemco Mutual Insurance Company*

Nikola L. Jones
Lindsay Hart LLP
1300 SW Fifth Avenue
Suite 3400
Portland, OR 97201
*Of Attorneys for Defendant Pemco Mutual Insurance Company*

William F. Knowles
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, Wa 98101
*Of Attorneys for Defendant Grange Insurance Association*

Karen Southworth Weaver
Soha & Lang, PS
1325 Fourth Avenue
Suite 2000
Seattle, WA 98101
*Of Attorneys for Defendants Country Casualty Insurance Company, Country Mutual Insurance Company, Country Preferred Insurance Company*

Page 4  - DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO REINSTATE CONDITION TRANSFER ORDER

LEHNER & RODRIGUES, P.C.
Attorneys at Law
1500 SW First Avenue, Suite 900
Portland, Oregon  97201
Telephone (503) 226-2225; Fax (503) 226-2418

| | |
|---|---|
| Timothy W. Snider | Daniel E. Thenell |
| Stoel Rives LLP | Thenell Law Group P.C. |
| 900 SW 5th Avenue | 12909 SW 68th Parkway |
| Suite 2600 | Suite 320 |
| Portland, OR 97204 | Portland, OR 97223 |
| *Of Attorneys for Defendant* | *Of Attorneys for Defendant Omni Insurance* |
| *Farmers Insurance Company of Oregon* | *Company* |

on December 8, 2014

LEHNER & RODRIGUES, P.C.

_____
Jennifer L. Maks, OSB No. 105601
Of Attorneys for Defendant Oregon Mutual

Page 5  -  DEFENDANT OREGON MUTUAL INSURANCE COMPANY'S MOTION TO REINSTATE CONDITION TRANSFER ORDER