BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: AUTO BODY SHOP ANTITRUST
LITIGATION                                                                  MDL No. 2557

NOTICE OF OPPOSITION (CTO-4)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Defendant Grange Insurance Association submits this opposition to conditional transfer order (CTO-4) as it relates to the following case.

**Leif's Auto Collision Centers, LLC v. State Farm Mutual Automobile Insurance Company of Oregon, et al., United States District Court of Oregon, 3:14-cv-01777-BR**

The Conditional Transfer Order (CTO-4) was filed on November 21, 2014.  Dkt. # 274.

Attorneys for Grange Insurance Association ("Grange") appeared in this case on November 25, 2014. Grange never received a copy of this Conditional Transfer Order and was not aware of the Conditional Transfer Order until the case was transferred on December 2, 2014.  On December 9, 2014, this Panel reinstated the CTO-4.  Dkt. #274.  Also, on December 9, 2014 Grange joined in Omni Insurance Company's Opposition to Transfer, filed in the United States District Court of Oregon.  Grange files this Notice of Opposition to register its objection with this Panel.

                Sincerely,

                COZEN O'CONNOR

                By:  */s/ William F. Knowles*
                     William F. Knowles
                     1201 Third Avenue, Suite 5200
                     Seattle, Washington 98101
                     Telephone: 206.340.1000
                     E-mail:   wknowles@cozen.com

                     Attorneys for Defendant Grange Insurance Association